IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

WILLIAM L. DIXON )
)
)
)
Plaintiff(s) )
v. ) Civil Action No. 2:18-cv-601
)
)
MICHAEL W. FLOYD )
)
)
)
Defendant(s) )

## REPORT OF NEUTRAL

A __Mediation__ session was held in the above captioned matter on __11-5-18__.

The case (please check one):
    ____ has resolved
    ____ has resolved in part (see below)
    _X_ has not resolved.

The parties request that a follow up conference with the Court should be scheduled within ____ days.

If the case has resolved in part, please indicate the part that has resolved and/or the claim(s)/parties that remain.

_____
_____
_____

Dated: 11-6-18      s/ Hon. Damon J. Faldowski
                               Signature of Neutral

Rev. 09/11